IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ASYLVESTER AGUILAR** ) | |
| Defendant-Petitioner ) | |
| v. ) | Criminal No. 3:00-CR-205-H |
| ) | Civil No. 3-05-CV-811-H |
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff-Respondent ) | |

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed July 14, 2005, and Petitioner's Reply (objections) thereto, filed July 26, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings, Conclusions and Recommendation of the Magistrate Judge; and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: July 26, 2005.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS